```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | MAG. NO. 03-133 PAN |
| Plaintiff, ) | |
| ) | Motion to Dismiss Arrest |
| v. ) | Warrant for Ralph Clay |
| ) | |
| RALPH CLAY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff United States of America, by and through its undersigned counsel moves, pursuant to Federal Rule of Criminal Procedure 48, to dismiss the complaint and arrest warrant in the above-captioned action. On June 17, 2003, this Court issued a no bail bench warrant for Ralph Clay based on a complaint that set forth the fact that the federal government was assisting the state in apprehending the defendant. At the time, the government believed that the defendant's whereabouts were known and that he could be brought to justice expeditiously. Unfortunately, the arrest did not take place as planned. Because there is no more specific information

/ / /

1

of the defendant's whereabouts in another jurisdiction, the government moves to dismiss the arrest warrant.

DATED: May 15, 2009   LAWRENCE G. BROWN
                      Acting United States Attorney


                      By:  /s/ Kyle F. Reardon
                           KYLE F. REARDON
                           Assistant U.S. Attorney


ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the bench warrant for Ralph Clay, issued for failure to comply with a court ordered subpoena, be and is hereby dismissed.

**IT IS SO ORDERED.**

DATED: May 19, 2009

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

clay.ord